MILNER *v.* SOUTHERN RAILWAY COMPANY.

LITTLE, J.    The facts in the case of *Thomas* y. *Atlanta Machine Works,* ante, 666, are similiar to those shown to exist in this case.    It was there ruled that no liability existed on the part of the defendant, because the injury occasioned the plaintiff was either a pure casualty, or one of the ordinary risks of the particular employment which the injured person necessarily assumed by his employment.    The judgment rendered in that case determines the principles of law involved in this.    There was no error in granting the nonsuit.
            *Judgment affirmed.    All the Justices concurring.*

Argued January 7, — Decided January 26, 1901.

Action for damages.    Before Judge Reid.    City court of Atlanta. May 16, 1900.

*J. C. Clark* and *Westmoreland Brothers,* for plaintiff.
*Dorsey, Brewster & Howell* and *Sanders McDaniel,* for defendant.

---

HAMILTON *v.* BURDEN *et al.*

SIMMONS, C. J.    As no error of law was complained of, and there was some evidence to support the finding of the jury, this court will not interfere with the discretion of the trial judge in refusing a new trial.
            *Judgment affirmed.    All the Justices concurring.*

Submitted January 8, — Decided January 26, 1901.

Money rule.    Before Judge Lumpkin.    Fulton superior court. June 27, 1900.

*C. D. Maddox,* for plaintiff in error.
*L. W. Thomas* and *H. A. Etheridge,* contra.